# Court of Appeals
# of the State of Georgia

ATLANTA,__May 23, 2018_____

*The Court of Appeals hereby passes the following order:*

## A18A1501.  CHAD HARGREAVES v. DEBRA MATHIS.

Chad Hargreaves, a prisoner serving a life sentence for aggravated sodomy, aggravated child molestation, and child molestation, has filed this direct appeal of the trial court's order dismissing his civil complaint.[1]  We, however, lack jurisdiction.

Because Hargreaves is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  And under OCGA § 5-6-35 (b), the party wishing to appeal must file an application for discretionary review to the appropriate appellate court.  Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider Hargreaves's direct appeal.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/23/2018_____*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, Clerk.

---

[1] Hargreaves's appeal of his convictions is currently pending.  See Case No. A18A1081.